Alice Lee GROSJEAN, Collector of Revenue of State of Louisiana, Plaintiff and Appellee, v. CRESCENT CIGAR & TOBACCO COMPANY, Defendant and Appellant. *

No. 17142.

Court of Appeal of Louisiana. Orleans.

Jan. 23, 1939.

*Rehearing denied 186 So. 365.

Deynoodt & de la Vergne and Bennett Meyers, all of New Orleans, for appellant.

Gaston L. Porterie, Atty. Gen., and Justin C. Daspit and Maurice B. Gatlin, Sp. Asst. Attys. Gen., for appellee.

JANVIER, Judge.

The issues tendered here, except as to the amount, are identical with those involved in the matter of Alice Lee Grosjean, Collector of Revenue of the State of Louisiana v. Valloft & Dreux, Inc., 185 So. 711, decided by us this day. In this case there is no contention that there was a fire loss, though, with this single exception, every contention made there is presented here.

For the reasons therein given, it is ordered, adjudged and decreed that the judgment appealed from be and it is affirmed at the cost of appellant.

Affirmed.